

IT IS ORDERED

Date Entered on Docket: July 17, 2019

_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br>WILLIAM GODBOLT,<br>Debtor<br><br>and<br><br>SHERRIL DIANE GODBOLT<br>*Non-filing spouse* | Case No.: 18-12343-j13<br><br>Chapter 13 |

### STIPULATED ORDER FOR RELIEF FROM THE AUTOMATIC STAY

BSI Financial Services as servicer for LPP Mortgage LTD (the "Creditor"), by its undersigned counsel, and William Godbolt (the "Debtor" and together with Creditor, the "Parties"), by and through their undersigned attorney agree and stipulate as follows.

### RECITALS

1. The Creditor holds a first mortgage on the Debtor's property located at 2616 Globe Court SE, Rio Rancho, NM 87124, with a legal description:

```
LOT 43, IN BLOCK 143, UNIT 13, AS THE SAME IS SHOWN AND DESIGNATED ON THE
PLAT ENTITLED "TRACTS, 'T', 'U' 'V', 'W', 'X', AAND BLOCKS 123 THRU 146, UNIT
13, RIO RANCHO ESTATES, TOWN OF ALAMEDA GRANT, SANDOVAL COUNTY, NEW MEXICO",
FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO, ON
OCTOBER 14, 1969 IN RIO RANCHO ESTATES PALT BOOK NO. 1, PAGE 98 AND AS SHOWN
ON SURVEYS DATED AUGUST 3, 2006 IN VOL. 3, FOLIO 2694B, AND ON AUGUST 29, 2006
IN VOL. 3, FOLIO 2705A.
```

2. The Parties desire that 11 U.S.C. §362 automatic stay be lifted in favor of the Creditor so that it may pursue its remedies with respect to the Property, including foreclosure or deed-in-lieu and possession, in the State courts.

3. Upon entry of an Order by the Bankruptcy Court giving effect to this Stipulation, the Property shall be deemed abandoned by the Chapter 13 Trustee.

4. In the event that net proceeds are available after the sale of the property by Creditor after the payment of all proper costs of the sale, the payment to Creditor of any and all amounts properly due and owing, and the amount of any exemption permitted to the Debtor, any and all such net proceeds shall be paid immediately the Chapter 13 Trustee.

5. The Creditor shall be permitted to amend its proof of claim to an unsecured claim for any deficiency balance after the Property is sold.

6. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not be applicable to the stipulated agreement herein.

7. The hearing set for **June 6, 2019 at 9:00 a.m. is hereby VACATED.**

### ### END OF ORDER ###

Dated June 5, 2019

Submitted by:

/s/ Jason Bousliman
Jason Bousliman
Weinstein & Riley, P.S.
5801 Osuna Road NE, Suite A103
Albuquerque, NM 87109
Phone: (505)348-3200
Email: JasonB@w-legal.com

Date: June 5, 2019

/s/ Michael K Daniels
Michael K Daniels
PO Box 1640
Albuquerque, NM 87103-1640
Attorney for the Debtor